

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 13 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FERNANDO DEL CASTILLO,　§<br>　　　Plaintiff　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>VS.　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>DIE CRAFTSMEN INTERNATIONAL, §<br>DIE CRAFTSMEN, INC., AND STAN §<br>MANCE, INDIVIDUALLY,　　　§<br>　　　Defendants　　　　　　§ | CIVIL ACTION NO. B-01-129 |

### PLAINTIFF'S MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FERNANDO DEL CASTILLO, Plaintiff in the above-styled and numbered cause, and files this his Motion to Remand, pursuant to the provisions of 28 U.S.C.A. § 1447, and in support thereof would respectfully show unto the Court as follows:

I.

The Defendant, DIE CRAFTSMEN, INC., has removed the case to this court on the basis that Plaintiff has affirmatively pled a claim under the Age Discrimination Employment Act, 29 U.S.C. § 621, *et seq.* (ADEA). Plaintiff will show that no such pleading was ever filed in the underlying state court action, and that, as a result of a mistake in the District Clerk's Office, a document, which was never filed, was included in the Citation to be served upon Stan Mance, individually. In this respect, Plaintiff shows as follows:

1. On March 24, 2000, the Plaintiff's Original Petition was filed in the 357th Judicial District Court of Cameron County, Texas. The Plaintiff's Original Petition did <u>not</u> contain a claim

under the ADEA. In fact, the undersigned, who prepared the Original Petition, in an initial draft did have a claim under the ADEA. However, the undersigned decided not to pursue such claim and removed it from the petition prior to the filing of the Plaintiff's Original Petition in state court. It was the unequivocal decision of the undersigned that no claim under the ADEA would be pursued.

2. The state court action was filed and citation against the three defendants was sought. Only citation against Die Craftsmen, Inc. was served, and such Defendant filed a general denial.

3. In June 2001, Plaintiff decided to again seek citation of service against Defendant Stan Mance. The undersigned attorney requested of the District Clerk's Office that a new citation be prepared for purposes of effecting service through the Secretary of State. At that time, the undersigned attorney included a copy of a Plaintiff's Original Petition as an **exemplar** to assist the District Clerk in locating the document which needed to be appended to the citation. The exemplar was **not** intended to be filed and, in fact, was not filed. The exemplar was the rough draft of the Original Petition which the undersigned had prepared, which rough draft contained the ADEA claim.

4. The District Clerk apparently used the exemplar (i.e., the rough draft) as the document which was appended to the citation directed to Stan Mance.

5. A close review of the exemplar which was apparently served on Stan Mance reflects that there is no filemark on the document showing that the document was ever filed as a document of the court. Furthermore, such document was never intended to be filed as an amended pleading.

6.    Inasmuch as the Plaintiff's Original Petition, as filed with the state court, contains no federal subject matter jurisdictional basis, and since it is apparent that the unfiled exemplar Original Petition which was served on Stan Mance was never meant to be filed and was not in fact filed, and since this Plaintiff unequivocally states that it does not intend to pursue a claim under the ADEA, this court lacks jurisdiction under 28 U.S.C. § 1331, 1441 AND 1446.

WHEREFORE, premises considered, Plaintiff prays that this Court remand this case to the underlying state court.

Respectfully submitted,

By: _____
Dennis Sanchez
State Bar No. 17569600
Cameron Co. No. 2204
Federal Bar No. 1594
SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Motion to Remand** has been served upon counsel for the Defendant, Mr. Raymond A. Cowley, RODRIGUEZ, COLVIN & CHANEY, LLP, 4900 A-2 North 10th Street, Building A, McAllen, Texas 78504, by ☒ certified mail, return receipt requested, and/or by ☐ facsimile, and/or by ☐ hand delivery, on this 8th day of August, 2001.

_____
DENNIS SANCHEZ

# AFFIDAVIT

STATE OF TEXAS )
)
COUNTY OF CAMERON )

BEFORE ME, the undersigned authority, on this day personally appeared DENNIS SANCHEZ, who being by me duly sworn on oath stated and said as follows:

1. My name is DENNIS SANCHEZ. I am an attorney residing in and licensed to practice in the State of Texas and am qualified to make this affidavit.

2. I have read the foregoing Plaintiff's Motion to Remand and have personal knowledge that the contents thereof are true and correct.

FURTHER AFFIANT SAITH NOT.

_____
DENNIS SANCHEZ

SWORN TO AND SUBSCRIBED TO before me, a Notary Public, on this 8th day of August, 2001.

_____
Notary Public, State of Texas

My Commission Expires:

