IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 2 2001

By Deputy Clerk

| | | |
|---|---|---|
| FERNANDO DEL CASTILLO, <br> Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-129 |
| DIE CRAFTSMEN INTERNATIONAL, <br> DIE CRAFTSMEN, INC., AND STAN <br> MANCE, INDIVIDUALLY, <br> Defendants | § § § § § | |

### AGREED ORDER ON MOTION TO REMANND

The Court on _____, 2001 considered the motion to remand filed in this cause by the plaintiff. On the basis of the plaintiff's representation that reference in the Original Petition to federal law was inadvertent and unintended, and on the basis further of the plaintiff's affirmation that no relief under federal law is sought, the Court finds that the motion to remand should be granted. IT IS THEREFORE

ORDERED that the cause is remanded to the 357th Judicial District Court of Cameron County, Texas, to there be placed on the said court's docket, with costs to be borne by the party incurring same.

DONE this ____ day of _____, 2001 in Brownsville, Texas.

_____
Judge Presiding

**AGREED:**

_____
Raymond A. Cowley
Rodriguez, Colvin & Chaney LLP
4900 A-2 N. 10th St.
McAllen, Texas 78504
**Attorney For Die Craftsmen, Inc.**

_____
Mr. Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, LLP
100 N. Expressway 83
Brownsville, Texas 78521
**Attorney For Plaintiff**